UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

HOFSTRA UNIVERSITY; BOARD OF TRUSTEES OF HOFSTRA UNIVERSITY; LYNDA O'MALLEY, individually and as agent for Hofstra University; ROBERT K. MCDONALD, individually and as agent for Hofstra University; ALLISON G. VERNACE, individually and as agent for Hofstra University; and HEATHER A. DEPIERRO, individually and as agent for Hofstra University,

                Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND TO AMEND CAPTION**

**Case No. 2:19-cv-02064 (JMA) (GRB)**

      **WHEREAS**, this action was commenced on or about April 9, 2019; and

      **WHEREAS**, Plaintiff named the "Board of Trustees of Hofstra University" as a defendant;

      **WHEREAS**, the "Board of Trustees of Hofstra University" is not a separate legal entity;

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties, as follows:

      1.    The named defendant Board of Trustees of Hofstra University is hereby dismissed from the action, without prejudice and without costs or fees to either party as against the other.

      2.    The caption for this action is hereby amended to reflect the dismissal of the Board of Trustees of Hofstra University as follows:

3361752.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN DOE,

     Plaintiff,

-against-

HOFSTRA UNIVERSITY; LYNDA O'MALLEY,
individually and as agent for Hofstra University;
ROBERT K. MCDONALD, individually and as agent
for Hofstra University; ALLISON G. VERNACE,
individually and as agent for Hofstra University; and
HEATHER A. DEPIERRO, individually and as agent
for Hofstra University,

     Defendants.

Case No. 2:19-cv-02064
(JMA) (GRB)

3. Electronic and/or PDF signatures shall be deemed originals for the purpose of filing this Stipulation with the Court.

Dated: June 14, 2019

**NESENOFF & MILTENBERG, LLP**

By: s/Adrienne Levy
 Andrew Miltenberg, Esq.
 Stuart Bernstein, Esq.
 Adrienne Levy, Esq.
 *Attorneys for Plaintiff*
363 Seventh Avenue – 5th Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: amiltenberg@nmllplaw.com
Email: sbernstein@nmllplaw.com
Email: alevy@nmllplaw.com

**BOND, SCHOENECK & KING, PLLC**

By: s/Laura H. Harshbarger
 Laura H. Harshbarger, Esq.
 Suzanne M. Messer, Esq.
 *Attorneys for Defendants*
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8314
E-mail: lharshbarger@bsk.com
Email: smesser@bsk.com

**SO ORDERED:**

_____
Hon. Joan M. Azrack
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, the foregoing Stipulation of Dismissal Without Prejudice was electronically filed with the Clerk of the United States District Court for the Eastern District of New York, using the CM/ECF system, which sent notification of such filing to the following:

Andrew T. Miltenberg, Esq.
Nesenoff & Miltenberg, LLP
*Attorneys for Plaintiff*
363 Seventh Avenue – 5th Floor
New York, NY 10001
amiltenberg@nmllplaw.com

Stuart Bernstein, Esq.
Nesenoff & Miltenberg, LLP
*Attorneys for Plaintiff*
363 Seventh Avenue – 5th Floor
New York, NY 10001
sbernstein@nmllplaw.com

Adrienne Levy, Esq.
Nesenoff & Miltenberg, LLP
*Attorneys for Plaintiff*
363 Seventh Avenue – 5th Floor
New York, NY 10001
alevy@nmllplaw.com

    s/ Laura H. Harshbarger
    Laura H. Harshbarger