

Ira S. Nesenoff
Andrew T. Miltenberg

Stuart Bernstein

Barbara H. Trapasso
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

November 14, 2019

**VIA ECF**
The Honorable Gary R. Brown, Magistrate Judge
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 840
P.O. Box 9014
Central Islip, New York 11722

    Re:    **John Doe v. Hofstra University et al.**
           **Docket No. 2:19-cv-02064-JMA-GRB**

Dear Magistrate Judge Brown:

    The undersigned firm represents the Plaintiff, John Doe, in the above-referenced matter, and respectfully submits this letter request for a 30-day adjournment of the discovery conference currently scheduled for November 19, 2019. (ECF Docket Entry dated 10/4/19). The Defendants consent to this adjournment request.

    The parties have exchanged Phase I discovery and have begun discussions of a possible resolution to the litigation. In the interest of efficiency for both the Court and the parties, the parties therefore seek additional time to potentially resolve this matter.

    We respectfully request that the Court approve this joint request and grant a thirty-day adjournment of the scheduling conference and respective Phase II discovery deadlines. Thank you for your time and consideration.

                                                Respectfully submitted,
                                               **NESENOFF & MILTENBERG, LLP**

                                                By: ___/s/_____
                                                    Adrienne Levy, Esq.

Cc: All counsel (via ECF)