

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**LAURA H. HARSHBARGER, ESQ.**
lharshbarger@bsk.com
P: 315.218.8314
F: 315.218.8100

January 2, 2020

**VIA ELECTRONIC FILING**

Judge Joan M. Azrack
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   *Doe v. Hofstra University, et al.*
      Civil Action No.  2:19-cv-02064 (JMA) (GRB)

Dear Judge Azrack:

Enclosed please find a Stipulation by which the Plaintiff has agreed to withdraw his emotional damages claims without prejudice.  If the Stipulation meets with the Court's approval, please "so order."

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC


*s/Laura H. Harshbarger*

Laura H. Harshbarger

LHH/clb
Enclosure

cc:   Adrienne Levy, Esq. (*via ECF*)

3476389.1