

Ira S. Nesenoff
Andrew T. Miltenberg
───────────────
Stuart Bernstein

Barbara H. Trapasso
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

nmllplaw.com

January 17, 2020

**VIA ECF**
The Honorable Gary R. Brown, Magistrate Judge
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 840
P.O. Box 9014
Central Islip, New York 11722

    Re:    **John Doe v. Hofstra University et al.**
            **Docket No. 2:19-cv-02064-JMA-GRB**

Dear Magistrate Judge Brown:

    The undersigned firm represents the Plaintiff, John Doe, in the above-referenced matter, and respectfully submits this joint status letter in accordance with the Court's December 18, 2019 minute entry.

    The parties are continuing resolution discussions. The parties respectfully request a brief two-week adjournment for the next status update until January 31, 2020.

    Thank you for your time and consideration.

                                            **Respectfully submitted,**
                                            **NESENOFF & MILTENBERG, LLP**

                                            By: ___/s/_____
                                                **Adrienne Levy, Esq.**

Cc: All counsel (via ECF)

3483933.1 1/17/2020

NEW YORK | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
BOSTON | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 |