

| | Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| | Andrew T. Miltenberg | Tara J. Davis | *Senior Litigation Counsel* |
| | | Diana R. Warshow | Rebecca C. Nunberg |
| | Stuart Bernstein | Gabrielle M. Vinci | *Counsel* |
ATTORNEYS AT LAW | | Kara L. Gorycki | Jeffrey S. Berkowitz |
nmllplaw.com | | Cindy A. Singh | *Counsel* |
| | | Nicholas E. Lewis | Marybeth Sydor |
| | | Adrienne D. Levy | *Title IX Consultant* |
| | | Ryaan Nizam | |
| | | Regina M. Federico | |

January 31, 2020

<u>VIA ECF</u>
The Honorable Ann Y. Shields, Magistrate Judge
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 840
P.O. Box 9014
Central Islip, New York 11722

Re: <u>John Doe v. Hofstra University et al.: Joint Status Update
Docket No. 2:19-cv-02064-JMA-AYS</u>

Dear Magistrate Judge Shields:

The undersigned firm represents the Plaintiff, John Doe, in the above-referenced matter, and respectfully submits this joint status update letter in accordance with the Court's January 23, 2020 docket entry.

The parties anticipate filing a stipulation of dismissal within thirty (30) days. As such, the parties respectfully submit that a revised discovery order is not necessary at this time. Counsel for the parties are available for a telephonic conference if the Court so requires.

Thank you for your time and consideration.

**Respectfully submitted,
NESENOFF & MILTENBERG, LLP**


By: ___/s/_____
      **Adrienne Levy, Esq.**

Cc: All counsel (via ECF)

3490440.1 1/31/20203483933.1 1/17/2020

| NEW YORK | 363 Seventh Avenue | Fifth Floor | New York, NY 10001 | T: 212.736.4500 | F: 212.736.2260 |
| BOSTON | 101 Federal Street | 19th Floor | Boston, MA 02110 | T: 617.209.2188 | |