UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN DOE,

      Plaintiff,

  -against-

HOFSTRA UNIVERSITY; LYNDA O'MALLEY, individually and as agent for Hofstra University; ROBERT K. MCDONALD, individually and as agent for Hofstra University; ALLISON G. VERNACE, individually and as agent for Hofstra University; and HEATHER A. DEPIERRO, individually and as agent for Hofstra University,

      Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No. 2:19-cv-02064

  **IT IS HEREBY STIPULATED AND AGREED**, pursuant to the Federal Rules of Civil Procedure, that all claims in this action by and between the undersigned parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as between all parties, and all claims herein are dismissed with prejudice, without interest, costs, attorneys' fees, expenses or disbursements to any party as against the other.

Dated: April 29, 2020

**NESENOFF & MILTENBERG, LLP**

By: s/ Adrienne Levy, Esq.
  Adrienne Levy, Esq.
  Andrew Miltenberg, Esq.
  Stuart Bernstein, Esq.
  *Attorneys for Plaintiff*
363 Seventh Avenue – 5th Floor
New York, New York  10001
Telephone:  (212) 736-4500
Email:  amiltenberg@nmllplaw.com
Email:  sbernstein@nmllplaw.com
Email:  alevy@nmllplaw.com

**BOND, SCHOENECK & KING, PLLC**

By: s/ Laura H. Harshbarger, Esq.
  Laura H. Harshbarger, Esq.
  Suzanne M. Messer, Esq.
  *Attorneys for Defendants*
One Lincoln Center
Syracuse, New York 13202-1355
Telephone:  (315) 218-8314
E-mail:  lharshbarger@bsk.com
Email:  smesser@bsk.com

**SO ORDERED:**

_____
Hon. Joan M. Azrack
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2020, the foregoing Stipulation of Dismissal With Prejudice was electronically filed with the Clerk of the United States District Court for the Eastern District of New York, using the CM/ECF system, which sent notification of such filing to the following:

Adrienne Levy, Esq.
Nesenoff & Miltenberg, LLP
*Attorneys for Plaintiff*
363 Seventh Avenue – 5th Floor
New York, NY 10001
alevy@nmllplaw.com

          s/ Laura H. Harshbarger
          Laura H. Harshbarger