**FILED
CLERK**

4/30/2020 8:17 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

HOFSTRA UNIVERSITY; LYNDA O'MALLEY, individually and as agent for Hofstra University; ROBERT K. MCDONALD, individually and as agent for Hofstra University; ALLISON G. VERNACE, individually and as agent for Hofstra University; and HEATHER A. DEPIERRO, individually and as agent for Hofstra University,

                Defendants.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**Case No. 2:19-cv-02064**

      **IT IS HEREBY STIPULATED AND AGREED**, pursuant to the Federal Rules of Civil Procedure, that all claims in this action by and between the undersigned parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as between all parties, and all claims herein are dismissed with prejudice, without interest, costs, attorneys' fees, expenses or disbursements to any party as against the other.

Dated:  April 29, 2020

**NESENOFF & MILTENBERG, LLP**

By: s/ Adrienne Levy, Esq.
    Adrienne Levy, Esq.
    Andrew Miltenberg, Esq.
    Stuart Bernstein, Esq.
    *Attorneys for Plaintiff*
363 Seventh Avenue – 5th Floor
New York, New York  10001
Telephone:  (212) 736-4500
Email:  amiltenberg@nmllplaw.com
Email:  sbernstein@nmllplaw.com
Email:  alevy@nmllplaw.com

**BOND, SCHOENECK & KING, PLLC**

By: s/ Laura H. Harshbarger, Esq.
    Laura H. Harshbarger, Esq.
    Suzanne M. Messer, Esq.
    *Attorneys for Defendants*
One Lincoln Center
Syracuse, New York 13202-1355
Telephone:  (315) 218-8314
E-mail:  lharshbarger@bsk.com
Email:  smesser@bsk.com

3491604.1

Case closed.

**SO ORDERED:**

/s/ JMA                                    4/30/2020
_____
Hon. Joan M. Azrack
United States District Court Judge